AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_USA_
Plaintiff

v.

_Ilya Lichtenstein_
_Heather Morgan_
Defendant

Case No. 22MAG 1279

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_Ilya Lichtenstein and Heather Morgan_.

Date: _2/8/21_

_____
Attorney's signature

ANIRUDH BANSAL (AB-9255)
Printed name and bar number

Cahill
32 Old Slip
Address

ABansal@cahill.com
E-mail address

212-701-3207
Telephone number

_____
FAX number